NEW JERSEY JUNCTION RAILROAD COMPANY, APPEL-
LANT, v. CHARLES E. HENDRICKSON ET AL., STATE
BOARD OF ASSESSORS ET AL., APPELLEES.

Submitted December 9, 1912—Decided March 3, 1913.

On appeal from the Supreme Court, in which the following
opinion was filed:

SWAYZE, J. The bonded debt of the railroad is $1,700,000
and the bonds sell above par. The capital stock is $100,000.
The total value is, therefore, $1,800,000. The main stem is
valued at $1,193,000. Other real estate, $203,157, making a
total of $1,396,157. The difference is $403,843. The fran-
chise is only assessed at $246,000. In view of the fact that the
railroad is leased to the New York Central and Hudson River
Railroad Company for one hundred years at a minimum
rental equal to four per cent. on its bonded debt, we cannot
say that the valuation is excessive. The fact that the valua-
tion per mile exceeds that of the Lehigh Valley and the Cen-
tral of New Jersey is not significant. The whole of the New
Jersey Junction railroad lies in one of the most densely popu-
lated localities in the United States; it is less than five miles
long and connects two important railroad systems. Its value
per mile is necessarily great. To make a fair comparison a
similar five miles should be taken instead of comparing the
value with the average value per mile of other railroads of
considerable length, most of which is in rural parts of the
state. The small earnings of the New Jersey Junction rail-
road do not change our view. They are the earnings from
operation by another railroad which doubtless uses the New
Jersey Junction for its own advantage; the real earnings of
the New Jersey Junction are $68,000 net, clear of all taxes
and expenses, that being the rental paid for its use.

The assessment is affirmed, with costs.

For the appellant, *Vredenburgh, Wall & Carey.*

For the appellees, *Edmund Wilson,* attorney-general, and *John R. Hardin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY, JJ.   11.

*For reversal*—None.